**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MITCHELL R. TERRY, ) | |
| ) | |
| Plaintiff, ) | Case: 1:22-CV-03665 |
| ) | |
| v. ) | Judge John Kness |
| ) | |
| CHRISTIAN BROTHERS AUTOMOTIVE ) | Magistrate Jeffrey Cole |
| d/b/a CBA W CHICAGO, LLC, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Mitchell R. Terry, and the Defendant, Christian Brothers Automotive d/b/a CBA W Chicago, LLC, through their respective counsel, that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Parties to bear their own attorney's fees and costs.

Dated this 30th day of December, 2022.    Respectfully submitted,

*/s/ Nathan C. Volheim, Esq.*           */s/ Te D. Smith, Esq.*
**Nathan C. Volheim, Esq.**              **Te D. Smith, Esq.**
**Chad W. Eisenback, Esq.**              **Smith Attorneys Group at Law P.C.**
**SULAIMAN LAW GROUP LTD.**              47 W. Polk Street, Suite 100, Box 545
2500 S. Highland Avenue, Suite 200       Chicago, IL 60605
Lombard, Illinois 60148                  (708) 433-9138
Phone (331) 307 - 7632                   tsmith@saglawpc.com
Fax (630) 575 – 8188
ceisenback@sulaimanlaw.com               *Attorney for Defendant*
nvolheim@sulaimanlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of December, 2022, a true and correct copy foregoing has been provided electronically via electronic mail and/or via U.S. mail to following:

Te D. Smith, Esq.
Smith Attorneys Group at Law P.C.
47 W. Polk Street, Suite 100, Box 545
Chicago, IL 60605
(708) 433-9138
tsmith@saglawpc.com

*Counsel for Defendant*

             */s/ Nathan C. Volheim, Esq.*
             **Nathan C. Volheim, Esq.**